DAVID BARRON, ESQ.
Nevada Bar No. 142
CHELSEA PYASETSKYY, ESQ.
Nevada Bar No. 11688
BARRON & PRUITT, LLP
3890 West Ann Rd.
North Las Vegas, Nevada 89031
Telephone: 702-870-3940
Facsimile: 702-870-3950
dbarron@lvnvlaw.com
cpyasetskyy@lvnvlaw.com
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

***

| | |
|---|---|
| FERN V. SCHLICTING, | Case No.:2:09-cv-01896-GMN-LRL |
| Plaintiff, | |
| v. | |
| OUTBACK STEAKHOUSE OF FLORIDA, LLC, a foreign Corporation d/b/a OUTBACK STEAKHOUSE; OUTBACK NEVADA II LP; DOES I through X; and ROE CORPORATIONS I through X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto, through

///
///
///
///
///
///
///
///
///

their respective counsel of record, that the above-entitled matter may be dismissed, with prejudice, each party to bear its own costs and fees.

| THE COBEAGA LAW FIRM, LLP | BARRON & PRUITT, LLP |
|---|---|
| /s/ Christopher M. Young | /s/ Chelsea Pyasetskyy |
| Christopher M. Young, Esq. | David Barron, Esq. |
| Nevada Bar No. 7961 | Nevada Bar No. 142 |
| 550 E. Charleston Blvd., #D | Chelsea Pyasetskyy, Esq. |
| Las Vegas, NV 89104 | Nevada Bar No. 11688 |
| *Counsel for Plaintiff* | 3890 West Ann Road |
| | North Las Vegas, Nevada 89031 |
| | *Counsel for Defendants* |

**IT IS SO ORDERED** this 16th day of March, 2011.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

BARRON & PRUITT, LLP

/s/ Chelsea Pyasetskyy
David Barron, Esq.
Nevada Bar No. 142
Chelsea Pyasetskyy, Esq.
Nevada Bar No. 11688
3890 West Ann Road
North Las Vegas, Nevada 89031
*Counsel for Defendants*